ANNA GRIFFIN, as Surviving Committee, etc., of PETER McINTYRE, an Incompetent, Respondent, v. FRED SURACE and Others, Defendants, Impleaded with JOSEPH M. NEISNER and Others, as Executors, etc., of EDWIN C. REDFERN, Deceased, Appellants.— Judgment modified on the facts by reducing the amount

of the judgment to $7,274.83, with interest from April 15, 1937, and as so modified affirmed, without costs of this appeal to any party. Memorandum: We reach the conclusion that the mortgaged property on the day of the sale had a fair market value of $12,700. We base this on all the evidence. On computing the value of the brick block on a reconstruction basis we use an estimate of $20,000 for its reconstruction cost, less forty per cent for depreciation. We estimate the land now as worth $2,500. We estimate the carrying charges as somewhat less than stated by the plaintiff's witness Slade. All concur. (The judgment awards plaintiff a deficiency judgment in an action to foreclose a mortgage.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.